UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY CLEARY, JOHN DANIELE, ROB HEINDL, JASON MCGEE, DENNIS PARRISH AND GORDON TAYLOR on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>V.<br><br>AMERICAN CAPITAL, LTD.,<br>    Defendants. | Case No.:  1:13-cv- 12652- RGS |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Defendant American Capital Ltd. makes this disclosure pursuant to Fed.R.Civ.P 7.1.

American Capital, Ltd. is a publicly held corporation that has no parent companies or publicly held companies owning 10% or more of American Capital, Ltd.'s stock.

        Respectfully Submitted,
        The Defendant
        By Its attorneys,

         /s/ Robert L. Ciociola
        Robert L. Ciociola, BBO# 084140
        **LITCHFIELD CAVO, LLP**
        6 Kimball Lane, Suite 200
        Lynnfield, Massachusetts 01940
        (781) 309-1500
        (781) 246-0167 (fax)
        ciociola@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

  I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on November 7, 2013.

             */s/ Robert L. Ciociola*_____
             Robert L. Ciociola